**Robert A. CONNER, Claimant–
Appellant,**

v.

**James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 2008–7009.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2008.

## ON MOTION

### ORDER

Upon consideration of Robert A. Conner's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.